**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott NJOS, Defendant–Appellant.**

**No. 09–1957.**

United States Court of Appeals,
Seventh Circuit.

Submitted Dec. 29, 2009.*

Decided Dec. 30, 2009.

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).

Michael F. Iasparro, Attorney, Office of the United States Attorney, Rockford, IL, for Plaintiff–Appellee.

Daniel A. Mengeling, Attorney, Woodstock, IL, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, DIANE S. SYKES, Circuit Judge, and JOHN DANIEL TINDER, Circuit Judge.

### Order

The judgment of the district court is vacated, and the case is remanded with instructions to reconsider in light of the position taken in the United States' brief.